IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL CHASE MONTGOMERY,<br><br>                Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION<br><br><br>Case No. 2:15-CR-76 TS<br><br>District Judge Ted Stewart |

       This matter is before the Court on Defendant's Motion for Sentence Reduction under the First Step Act, 18 U.S.C. § 3582(c)(1)(A). "Before passage of the First Step Act of 2018, district courts could grant compassionate release sentence reductions only upon a motion by the [Bureau of Prisons] Director."[1] After the First Step Act, a motion for modification may be brought directly by the prisoner. Before doing so, the prisoner must fully exhaust all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or there must be a lapse of 30 days from the receipt of such a request by the warden of the defendant's facility.[2]

       Here, Defendant does not assert that he has made a request for sentence reduction to the BOP. A statement from the BOP confirms he has made no such request.[3] Because Defendant

---

[1] *United States v. Beck*, 425 F. Supp. 3d 573, 577–78 (M.D.N.C. 2019).

[2] *United States v. Johnson*, 849 F. App'x 750, 752 (10th Cir. 2021).

[3] Docket No. 55-1, at 2.

has failed to demonstrate that he has satisfied the statute's exhaustion requirement, the Court must dismiss Defendant's request for relief.[4]

It is therefore

ORDERED that Defendant's Motion for Sentence Reduction (Docket No. 50) is DENIED WITHOUT PREJUDICE.

DATED this 14th day of September, 2021.

BY THE COURT:

_____
Ted Stewart
United States District Judge

---

[4] *Johnson*, 849 F. App'x at 753 (affirming dismissal under similar circumstances).